UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20-mj-03459-AOR

UNITED STATES OF AMERICA

vs.

LAWRENCE F. CURTIN,

Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? ___ Yes  X  No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___ Yes  X  No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? ___ Yes  X  No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____
Alejandra L. López
Assistant United States Attorney
Southern District of Florida
Florida Bar No. 37132
99 Northeast 4th Street, 5th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9241
E-mail: Alejandra.Lopez@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>LAWRENCE F. CURTIN, | ) ) ) Case No. 1:20-mj-03459-AOR<br>) ) ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ August 10, 2020 _____ in the county of _____ St. Lucie _____ in the
___ Southern ___ District of ___ Florida ___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 876(c) | Mailing Threatening Communications |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☒ Continued on the attached sheet.

*Complainant's signature*

Michael Witkowski, Supervisory Deputy US Marshal
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
___ Face Time ___ (specify reliable electronic means)

Date: 8/24/20

*Judge's signature*

City and state: Miami, Florida

Alicia M. Otazo-Reyes, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Michael Witkowski, a Deputy United States Marshal (hereinafter, "U.S. Marshal") with the United States Marshal Service (hereinafter, "USMS"), being duly sworn, hereby depose and state the following:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Supervisory Deputy U.S. Marshal with the USMS. I have been with the USMS since 1996 and have served as the Protective Intelligence Investigator for the USMS in the Southern District of Florida from 2008 through 2019. As a Supervisory Deputy U.S. Marshal, I am responsible for the protection of the federal judiciary and investigate threats, whether physical, verbal or written, directed towards federal courts and the federal judiciary; the United States Attorney's Office; the United States Probation Office; the Federal Public Defender's Office; and all members of the federal court system. As a part of my position, I have completed the USMS Protective Investigations Training Program. I am, therefore, an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). I am, therefore, empowered to conduct investigations of, and make arrests for, violations of Title 18 of the United States Code.

2. This Affidavit is submitted in support of a criminal complaint against Lawrence F. Curtin (hereinafter, "CURTIN"). As I explain below, I respectfully submit there is probable cause to believe that, on or about August 10, 2020, CURTIN did knowingly deposit or cause to be delivered through the United States Postal Service, a threatening communication, in violation of Title 18, United States Code, Section 876(c).

3. The statements contained in the Affidavit are based on my personal knowledge, as well as information relayed to me by other law enforcement officials in this investigation. Since

this Affidavit is being submitted for the limited purpose of establishing probable cause, it does not contain all of the information known to me and other law enforcement officers involved in this investigation.

## PROBABLE CAUSE

4. CURTIN has filed several civil lawsuits in the Southern District of Florida in the Fort Pierce Division. United States Magistrate Judge Shaniek Maynard (hereinafter, "Judge Maynard") had been the United States Magistrate Judge assigned to five (5) civil cases filed by CURTIN since 2018. All five cases were previously dismissed.

5. CURTIN is currently a *pro-se* plaintiff in United States District Court case number 20-CV-14128-Martinez/Maynard, in the Southern District of Florida, which is assigned to the Fort Pierce Division (hereinafter, the "CURTIN Case"). As before, this case was assigned to Judge Maynard. On or about August 4, 2020, Judge Maynard issued a Report and Recommendation in the CURTIN Case, recommending CURTIN's complaint be dismissed and the case be closed. (ECF No. 13).

6. On or about August 12, 2020, the office of the United States Clerk of Court in Fort Pierce received a letter through the mail (hereinafter, the "CURTIN Letter"). (ECF No. 14). In the CURTIN Letter, entitled "Objection to Maynard Report and Recommendation," CURTIN provided objections to and reasons why Judge Maynard's findings in the Report and Recommendation were incorrect. For example, CURTIN stated that Judge Maynard's characterization of a June 23, 2018 letter to the Florida Judicial Qualification Commission (hereinafter "JQC") as being a threat against another judge was incorrect. The reason CURTIN gave as to why Judge Maynard's characterization was incorrect was that "[y]ou do not address a letter to the JQC to threaten a judges [sic] person. You address it to the JQC to threaten a judges

[sic] position." (ECF No. 14:2). Furthermore, CURTIN also stated that he believed Judge Maynard was "an addier [sic] and abetter" to the named defendants in the CURTIN Case because she knew the defendants attempted to kill him and "she covered it up." *Id.* at 3.

7. At the end of the CURTIN Letter, CURTIN included the internet address to a YouTube video (hereinafter, the "Video"). The Video, posted under the name "Lawrence Curtin," is entitled "Road to Glory" and features a congregation watching a choir singing in a church. In the Video, CURTIN is clearly seen in the congregation as the camera pans throughout the church during the singing. The song in the Video is a hymn that discusses man's journey to eventually see God in heaven. At the end of the Video, CURTIN can be seen going through congregants to get to the pastor of the church. When he reaches the pastor, he grabs the pastor's hand and exchanges words with the pastor. The video then ends.

8. After writing the link to the Video in the CURTIN Letter, CURTIN then states, "[i]t is obvious from the totality of the words in the song including its title that I am threatening [Judge] Maynard with death and bodily harm. Also by holding onto the hand of the preacher of color [in the video] I am threatening [Judge] Maynard who is a woman of color with death."

9. The CURTIN Letter concludes with CURTIN's signature, printed name, address and phone number. The signature on the CURTIN Letter is consistent with and similar to the signatures by CURTIN found in other filings in the CURTIN case. At the bottom of the CURTIN Letter there are two handwritten notes that state, "8-10-20 Tried to Deliver Clerks office closed", and "8-10-20 sent by US Mail." The handwritten notes are consistent with and similar to CURTIN's handwriting in other filings in the CURTIN case.

10. Your Affiant also investigated further into the envelope in which the CURTIN Letter was contained. The envelope was preprinted with a return address, which records' checks

3

revealed is the address for CURTIN's residence. This preprinted envelope is consistent with the envelopes containing other mailings kept by the United States Clerk's Office in the CURTIN case.

11. Additionally, the envelope contained a handwritten recipient address, "Clerk, US District Court, 101 South US Highway 1, Ft Pierce Florida 34950." The handwriting in the recipient address is consistent with and similar to CURTIN's handwriting on other envelopes in the CURTIN Case. The envelope was postmarked in West Palm Beach, Florida on August 10, 2020, and contains additional markings consistent with having been processed by the United States Postal Service.

12. Based on the foregoing, I respectfully submit that there is probable cause to believe that, on or about August 10, 2020, CURTIN did knowingly deposit or cause to be delivered through the United States Postal Service, a threatening communication, in violation of Title 18, United States Code, Section 876(c).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

MICHAEL WITKOWSKI,
DEPUTY U.S. MARSHAL
UNITED STATES MARSHAL SERVICE

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by Facetime, this 24th day of August, 2020,
in Miami, Florida.

HONORABLE ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

4